2:23-cv-739-RAH-CWB

AO 241 (Rev. 12/04)    Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

RECEIVED
2023 DEC 26 A 11 31
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States District Court    District:

Name (under which you were convicted): JOHNNY R WILSON

Docket or Case No.:

Place of Confinement: EASTERLING CORR. FACILITY

Prisoner No.: AIS # 217101

Petitioner (include the name under which you were convicted): JOHNNY RAY WILSON, AIS #217101;

v.

Respondent (authorized person having custody of petitioner): ANTONIO MCCLAIN, WARDEN III; AND STEVE MARSHALL,

The Attorney General of the State of ALABAMA; et al.,

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   CIRCUIT COURT OF CRENSHAW COUNTY.

   (b) Criminal docket or case number (if you know): CC-2020-000036.00

2. (a) Date of the judgment of conviction (if you know): 11-17-2021.
   (b) Date of sentencing: 01-04-2022.

3. Length of sentence: LIFE SENTENCE.

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case: ORIGINALLY CHARGED WITH FIRST DEGREE ASSAULT, CHARGE WAS UPGRADED TO ATTEMPTED-MURDER.

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

%AO 241              Page 3
(Rev. 12/04)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes    ☐ No    ATTORNEY FILED NOTICE OF APPEAL BUT DID NOT FOLLOW THROUGH WITH IT

9. If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:                 N/A

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):      N/A

(3) Result:

(4) Date of result (if you know):

AO 241 (Rev. 12/04)

Page 4

    (5) Citation to the case (if you know):

    (6) Grounds raised: N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know): N/A

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☐ Yes  ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

        (2) Docket or case number (if you know): N/A

        (3) Date of filing (if you know):

        (4) Nature of the proceeding:

        (5) Grounds raised:

N/A

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes  ☒ No

        (7) Result:

        (8) Date of result (if you know): N/A

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):    N/A

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☒ No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):    N/A

    (4) Nature of the proceeding:

    (5) Grounds raised:

&AO 241 (Rev. 12/04)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☐ No

(7) Result:

(8) Date of result (if you know):

N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:  ☐ Yes  ☐ No
(2) Second petition: ☐ Yes  ☐ No
(3) Third petition:  ☐ Yes  ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: WILSON ASSERTS THAT THE ATTORNEY OF RECORD'S PERFORMANCE WAS DEFICIENT AND THE DEFICIENT PERFORMANCE PREJUDICED HIS DEFENSE BECAUSE COUNSEL FAILED TO PROVIDE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): EFFECTIVE REPRESENTATION IN VIOLATION OF THE SIXTH AMENDMENT TO THE U.S. CONSTITUTION.

COUNSEL FAILED TO OBJECT TO THE IMPROPER AMENDMENT OF THE CHARGE FROM THE ORIGINAL OFFENSE OF ASSAULT IN THE FIRST DEGREE TO ATTEMPTED MURDER AT ARRAIGNMENT; COUNSEL FAILED TO OBJECT TO IMPROPER USE OF EVIDENCE AT TRIAL; COUNSEL FAILED TO OBJECT TO DEFENDANT BEING DENIED HIS CONSTITUTIONAL RIGHT TO BE PRESENT AT TRIAL; COUNSEL

(b) If you did not exhaust your state remedies on Ground One, explain why: FAILED TO OBJECT TO JUDGE'S ABUSE OF DISCRETION IN ADMITTING HEARSAY EVIDENCE AT TRIAL; COUNSEL FAILED TO OBJECT TO THE GUN, BULLETS, STOLEN HANDGUN, GOOGLE-MAP, AND TRIAL MAKE-UP; etc; AT TRIAL.

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

≋AO 241
(Rev. 12/04)

Page 8

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: N/A

GROUND TWO: WILSON ASSERTS THAT THE TRIAL COURT LACKED EXCLUSIVE SUBJECT-MATTER TRIAL JURISDICTION OVER THE INSTITUTION OF ATTEMPTED-MURDER BECAUSE TRIAL COURT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): DID NOT HAVE JURISDICTION OVER CRIMINAL PROSECUTION OF SAID FELONY OFFENSE TO RENDER JUDGMENT OR TO IMPOSE SENTENCE. WILSON WAS ORIGINALLY CHARGED WITH ASSAULT FIRST DEGREE ON JUNE 4th, 2019. SEE WILSON'S EXHIBIT A. THE CHARGE WAS UPGRADED TO ATTEMPTED-MURDER WITHOUT HIS CONSENT IN VIOLATION OF PROCEDURAL DUE PROCESS IN RULE 13.2(b) AND 13.5(a), ALA. R. CRIM. PROC., THUS, THE COURT DID NOT HAVE SUBJECT-MATTER JURISDICTION OVER

(b) If you did not exhaust your state remedies on Ground Two, explain why: CASE, PROSECUTION DID COMMENCE ON ASSAULT → 1st FIRST CHARGE AND WILSON DID NOT CONSENT TO AMENDMENT OF CHARGE. MENTAL EVALUATION HELD BY JUDGE WHEN JURY HAS TO DECIDE WHETHER WILSON IS COMPETENT

(c) Direct Appeal of Ground Two: TO STAND TRIAL OR COMPETENT DURING TIME OF OFFENSE

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: N/A

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): N/A

Date of the court's decision:

AO 241 (Rev. 12/04)

Page 9

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): N/A
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

GROUND THREE: WILSON ASSERT THAT THE TRIAL COURT DID NOT HAVE THE JURISDICTION TO RENDER THE JUDGMENT OR TO IMPOSE THE SENTENCE BECAUSE HE WAS NOT AFFORDED THE RIGHT TO AN ARRAIGNMENT AND DENIED ADEQUATE NOTICE OF THE CHARGE.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

WILSON WAS DENIED A PRELIMINARY HEARING, ASSAULT FIRST DEGREE CHARGE WAS MODIFIED AT ARRAIGNMENT WITHOUT HIS CONSENT DEPRIVING HIM OF ADEQUATE NOTICE OF THE CHARGE; STATE FAILED TO PROVE ESSENTIAL ELEMENT OF ATTEMPTED MURDER CHARGE

AO 241
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

N/A

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

&AO 241 \
(Rev. 12/04)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

GROUND FOUR: WILSON ASSERTS THAT THE TRIAL COURT LACKED SUBJECT MATTER JURISDICTION OVER PRONOUNCEMENT OF LIFE SENTENCE BECAUSE HE WAS NOT PRESENT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): AT TRIAL AND NOT AFFORDED HIS RIGHTS UNDER A SENTENCE HEARING. WILSON WAS NOT ~~RECEIVED~~ AFFORDED HIS RIGHT TO BE PRESENT AT TRIAL. HOWEVER, WILSON WAS AT THE SENTENCING HEARING. HE DID NOT WAIVE HIS RIGHT TO BE PRESENT NOR DID HE REFUSE TO ATTEND TRIAL. TRANSCRIPT CLEARLY REFLECTS THAT HE DID NOT SIGN A WAIVER OF TRIAL. GOVERNMENT OFFICIAL TESTIFIED AT TRIAL THAT WILSON WAS ON HIS WAY.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

N/A

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): *N/A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: *N/A*

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *N/A*

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes   ☒ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:  N/A

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:  N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes   ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.  N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes   ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.  N/A

AO 241 (Rev 12/04)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: WAYNE CARTER PO BOX 640 LUVERNE, AL 36049

(b) At arraignment and plea: WAYNE CARTER PO BOX 640  LUVERNE, AL 36049

(c) At trial: WAYNE CARTER

(d) At sentencing:

(e) On appeal: WAYNE CARTER

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes  ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

WILSON ASSERTS THAT HE IS NOT PRECLUDED UNDER 28 U.S.C. SECTION 2244(d) FROM REVIEW OF HIS 28 U.S.C. SECTION 2254 WRIT OF HABEAS CORPUS PETITION BECAUSE HE CAN SHOW EXTRAORDINARY CIRCUMSTANCES EXISTS AND THE FAILURE TO REVIEW

AO 241 (Rev. 12/04)                                                                 Page 15

THE PETITION WOULD RESULT IN A MANIFEST OF INJUSTICE.

Due Process Violation claim as well as an Actual Innosence plea.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 12/04)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: VACATE THE CONVICTION OF ATTEMPTED-MURDER AND SET-ASIDE THE UN-LAWFUL SENTENCE OF LIFE IMPRISONMENT,

or any other relief to which petitioner may be entitled.

_____N/A_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __12/19/23__ (month, date, year).

Executed (signed) on __12/19/23__ (date).

__Johnny Ray Wilborn 212101__
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____
[insert appropriate court]

* * * * *

Johnny R Wilson 21710l
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017



LEGAL USE ONLY

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

united State Dictrict clerk
Debra P Hackett
1 church St 110  montgomery
36104

Johnny Wilson 279101
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017





LEGAL US

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District
Debra P Hackett Clerk
1 Church St Ste B110
Montgomery, AL 36104

Johnny Wilson 271101 G1
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017



FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 36017
02 7H
0006144530
$ 000.87⁰
DEC 21 2023

LEGAL USE ONLY

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District Clerk
Debra P Hackett Clerk
1 church St Ste B110
Montgomery, AL 36104